NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3054

SELINDA B. COSTA,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DE0752090075-I-2.

ON MOTION

## O R D E R

Selinda B. Costa moves for an extension of time to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Costa's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

**MAR 0 1 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Selinda B. Costa (informal brief form enclosed)
      David M. Hibey, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 1 2010

JAN HORBALY
CLERK